B17-20768

**Fill in this information to identify the case**

Debtor 1    Jordan M Patrick
Debtor 2    Sarah E Patrick
(spouse, if filing)

United States Bankruptcy Court for the:   Southern    District of   Ohio
Case Number    17-57670

Official Form 410S1

# Notice of Mortgage Payment Change                                        12/15

**If the debtor's plan provides for payment of postposition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

**Court claim no. (if known):**   5-1

**Last four digits** of any number **y**ou use to identify the debtor's account:   9959

**Date of payment change:**
Must be at least 21 days after date of this notice   06/01/2018

**New total payment:**
Principal, interest, and escrow, if any   $ 732.33

### Part 1:  Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☑ No
☐ Yes. Attach a copy of the escrow account statement, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:   $ _____   New escrow payment:   $ _____

### Part 2:  Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☐ No
☑ Yes. Attach a copy of the rate change notice, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current interest rate:   5.000%     New interest rate:   5.125%

Current principal and interest payment: $ 466.94    New Principal and interest payment: $ 472.86

### Part 3:  Other Payment Change

Will the re be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

Reason for change: _____

Current mortgage payment:   $ _____   New mortgage payment:   $ _____

| Debtor 1 | Jordan M Patrick | | | Case number | 17-57670 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4**

The person completing this Notice must sign it.  Sign and print your name and title, if any, and state your address and telephone number

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | | | | | |
|---|---|---|---|---|---|
| /s/ Richard J. LaCivita, Esq. | | | | Date | 04/02/2018 |
| Signature | | | | | |
| Print: | Richard J. LaCivita, Esq. (#0072368) Edward A. Bailey, Esq. (#0068073) Cynthia A. Jeffrey, Esq. (#0062718) | | | Title: | Attorney for Creditor |
| | First Name | Middle Name | Last Name | | |
| Company | Reimer Law Co. | | | | |
| Address | 30455 | Solon Road | | | |
| | Number | Street | | | |
| | Solon | | OH   44139 | | |
| | City | | State   Zip Code | | |
| Contact phone | 440-600-5500 | | | Email: | rlacivita@reimerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants register in this case at the email address registered with the court and (ii) **by ordinary U.S. Mail** on April 2, 2018 addressed to:

Jordan M Patrick
Sarah E Patrick, Debtors
P.O. Box 7
Kingston, OH 45644

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Edward A. Bailey #0068073
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com