**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jordan M Patrick |
| Debtor 2 (Spouse, if filing) | Sarah E Patrick |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 2:17-bk-57670 |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 5 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 755.22

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,023.33      New escrow payment: $ 282.36

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Jordan M Patrick | Case number (if known) | 2:17-bk-57670 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jon J. Lieberman
Signature

Date  08/18/2020

Print: Jon J. Lieberman
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number         Street

Loveland                    OH      45140
City                        State   ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
JORDAN M PATRICK                      YOUR LOAN NUMBER: [REDACTED]
PO BOX 7
KINGSTON      OH 45644

                            DATE: 08/18/20

       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

   PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
   THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
   REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
   ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    10/20 THROUGH    09/21.
   ------ ANTICIPATED PAYMENTS FROM ESCROW -   10/20 THROUGH    09/21 ------
          HOMEOWNERS INS              2053.00
          COUNTY TAX                    27.94
          COUNTY TAX                  1307.44

          TOTAL PAYMENTS FROM ESCROW  3388.38

          MONTHLY PAYMENT TO ESCROW    282.36 (1/12TH OF ABOVE TOTAL)

   ------ ANTICIPATED ESCROW ACTIVITY -    10/20 THROUGH   09/21 --------
          -ANTICIPATED PAYMENTS-          -- ESCROW BALANCE COMPARISON --
   MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED      REQUIRED
                          ACTUAL STARTING BALANCE  3832.69        1411.86
   OCT 20   282.36                                 4115.05        1694.22
   NOV 20   282.36                                 4397.41        1976.58
   DEC 20   282.36       13.97   COUNTY TAX
                        653.72   COUNTY TAX        4012.08        1591.25
   JAN 21   282.36                                 4294.44        1873.61
   FEB 21   282.36                                 4576.80        2155.97
   MAR 21   282.36                                 4859.16        2438.33
   APR 21   282.36                                 5141.52        2720.69
   MAY 21   282.36     2053.00   HOMEOWNERS INS    3370.88         950.05
   JUN 21   282.36       13.97   COUNTY TAX
                        653.72   COUNTY TAX  ALP   2985.55  RLP    564.72
   JUL 21   282.36                                 3267.91         847.08
   AUG 21   282.36                                 3550.27        1129.44
   SEP 21   282.36                                 3832.63        1411.80

   ------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------
```

```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      2420.83.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                          472.86 *
            ESCROW (1/12TH OF ANNUAL ANTICIPATED          282.36
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
            PLUS: SHORTAGE PAYMENT                          0.00
            MINUS: SURPLUS CREDIT                           0.00
            ROUNDING ADJUSTMENT                             0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/01/20    755.22
*   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
    PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
    YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    564.72.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       564.72.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/20      259.47     05/20      259.47     06/20      1037.88  *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                  00/00      0.00
00/00      0.00                  00/00      0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

In Re:                                                                Case No. 2:17-bk-57670

Jordan M Patrick
Sarah E Patrick                                                       Chapter 13

Debtors.                                                              Judge John E. Hoffman, Jr.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on August 18, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on August 18, 2020 addressed to:

    Jordan M Patrick, Debtor
    P.O. Box 7
    Kingston, OH 45644

    Sarah E Patrick, Debtor
    P.O. Box 7
    Kingston, OH 45644

    Respectfully Submitted,

    /s/ Jon J. Lieberman
    Jon J. Lieberman (0058394)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor